UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

_____

IN RE:

JAMES B. KEAVANY                                           CHAPTER 7
                                                                         CASE NO. 03-45971-EDK
        Debtor

_____

# **DEBTOR'S MOTION TO REOPEN CHAPTER 7 PROCEEDING**

TO THE HONORABLE ELIZABETH D. KATZ:

      NOW COMES the Debtor, James B. Keavany, through his attorney Michael B. Katz, of the law firm of Bacon Wilson, P.C. and hereby moves that the Chapter 7 proceedings of the Debtor be reopened to administer an undisclosed asset. As grounds for same, the Debtor represents as follows:

1. The Debtor filed a Chapter 7 proceeding on or about October 16, 2003.

2. Gary Weiner was appointed to act as Trustee in Bankruptcy in the Chapter 7 case, which was fully administered and closed by the United States Bankruptcy Court, with the Debtor receiving his Discharge Order.

3. Subsequent to the Chapter 7 case being closed, Debtor discovered that in 1999, several years before the Debtor filed Chapter 7, the Debtor's parents, Gerald M. Keavany and Madeline M. Keavany deeded their home at 65 Rogers Avenue, West Springfield, MA to their three sons, Michael J. Keavany, Gerald J. Keavany and James B. Keavany (the Debtor), reserving a life estate for themselves. Neither the Debtor nor his two brothers were aware that their parents had transferred this property, so at the time of the Debtor's Chapter 7filing, he failed to disclose the existence of his remainder interest in the property located at 65 Rogers Avenue, West Springfield, Massachusetts.

4. The Debtor's 341 hearing was held on February 5, 2004 and the Chapter 7 case was closed as a no asset case on March 15, 2004.

5. Subsequently, the Debtor's parents passed away and the attorney for the estate discovered upon trying to sell the property that the property was

      encumbered due to the failure of James Keavany to disclose his ownership interest at the time his Chapter 7 was filed.

6. The Chapter 7 Trustee, Gary Weiner, and the Debtor have agreed to seek Bankruptcy Court permission to reopen the case and to notify the creditors of the Debtor of the existence of an asset which may allow payment to unsecured creditors.

7. By Agreement of the Debtor and the Trustee, sufficient proceeds have been paid to the Trustee to be held in escrow, which should be sufficient to pay all allowed unsecured claims in full.

WHEREFORE, the Debtor prays that this Court allow its Motion to Reopen the Chapter 7 proceedings and for such other relief this Court deems just and proper.

Dated: August 16, 2017

Respectfully submitted,
The Debtor,
James B. Keavany

/s/ Michael B. Katz_____
Michael B. Katz, Esquire
BBO# 261460
Bacon Wilson, P.C.
33 State Street
Springfield, MA 01103
(413) 781-0560 (phone)
(413) 739-7740 (fax)
mkatz@baconwilson.com

This Motion is assented to by me this 16th day of August, 2017.

  /s/ Gary M. Weiner_____
Gary Weiner, Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

_____

IN RE:

JAMES B. KEAVANY                           CHAPTER 7
                                           CASE NO. 03-45971-EDK
        Debtor

_____

## CERTIFICATE OF SERVICE

      I, Michael B. Katz, of the law firm of Bacon Wilson, P.C., do hereby certify that on the 16th day of August, 2017, I caused the attached Motion to Reopen Chapter 7 Proceeding to be served on the parties listed on the attached Creditor Mailing Matrix (not noted below as having received CM/ECF electronic service) via first class mail, postage prepaid. I further hereby certify that on the 16th day of August, 2017, I caused said Notice to be served upon the parties and in the manner listed below.

Service via CM/ECF Notice of Electronic Filing generated by this filing:

Michael B. Katz on behalf of Debtor James B. Keavany
mkatz@baconwilson.com, Dwayne@baconwilson.com

Richard King
USTPRegion01.WO.ECF@USDOJ.GOV

Gary M. Weiner
GWeiner@Weinerlegal.com, MShapiro@Weinerlegal.com;MA27@ecfcbis.com

                    By:   /s/ Michael B. Katz
                          Michael B. Katz
                          (BBO No. 261460)
                          Bacon Wilson, P.C.
                          33 State Street
                          Springfield, MA 01103
                          Tel.: (413) 781-0560
                          Fax: (413) 739-7740
                          mkatz@baconwilson.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0101-4<br>Case 03-45971<br>District of Massachusetts<br>Worcester<br>Tue Aug 15 15:38:23 EDT 2017 | DaimlerChrysler Services North America LLC.<br>8501 West 137th Street<br>Overland Park, KS 66223-1234 | Worcester<br>U. S. Bankruptcy Court<br>595 Main Street<br>Worcester, MA 01608-2060 |
| (p)CHRYSLER FINANCIAL<br>27777 INKSTER RD<br>FARMINGTON HILLS MI 48334-5326 | Citicorp Credit Services<br>c/o Allied International Credit Corp<br>P.O. Box 950<br>Santa Clarita, CA 91380 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| Fair Financial<br>P.O. Box 9140<br>Akron, OH 44305 | Fleet Bank<br>P.O. Box 15368<br>Wilmington, DE 19886-0001 | Household Finance Corp.<br>P.O. Box 17574<br>Baltimore, MD 21297-1574 |
| Sears<br>13200 Smith Road<br>Cleveland, OH 44130-7856 | Sears<br>Atlanta Payment Center<br>86 Annex Road<br>Atlanta, GA 30386 | Universal Debt Reduction, LLC<br>4229 Northgate Blvd, Suite 8<br>Sacramento, CA 95834-1234 |
| Westbank<br>225 Park Avenue<br>P.O. Box 149<br>W. Springfield, MA 01090-0149 | Donna M. Keavany<br>112 South Longyard Road<br>Southwick, MA 01077-9208 | Gary M. Weiner<br>Weiner Law Firm, P.C.<br>1441 Main Street<br>Suite 610<br>Springfield, MA 01103-1473 |
| James B. Keavany<br>112 South Longyard Road<br>Southwick, MA 01077-9208 | Michael B. Katz<br>Bacon Wilson, P.C.<br>33 State St.<br>Springfield, MA 01103-2003 | Richard King<br>Office of US. Trustee<br>446 Main Street<br>14th Floor<br>Worcester, MA 01608-2361 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Chrysler Financial<br>P.O. Box 9223<br>Farmington, MI 48333 | Discover Card<br>12 Reads Way<br>New Castle, DE 19720 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)HouseHold Finance Corporation II | End of Label Matrix<br>Mailable recipients    17<br>Bypassed recipients     1<br>Total                  18 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

_____

IN RE:

JAMES B. KEAVANY                                    CHAPTER 7
                                                    CASE NO. 03-45971-EDK
       Debtor

_____

ORDER ON DEBTOR'S MOTION TO REOPEN CHAPTER 7 PROCEEDING

At Springfield, in said District, on this _____ day of _____, 2017.

      Upon consideration of the Debtor's Motion to Reopen Chapter 7 Proceeding, after notice and hearing, and for cause shown, it is hereby

      ORDERED, that the Debtor's Chapter 7 proceeding be reopened for the purpose of administering an undisclosed asset.

_____
HONORABLE ELIZABETH D. KATZ,
U.S. BANKRUPTCY JUDGE